UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KEEGAN RALLS,<br><br>	Plaintiff,<br><br>	v.<br><br>STELLAR RECOVERY, INC., a Florida corporation,<br><br>	Defendant. | No. 2:16-cv-00367-SAB<br><br>**ORDER GRANTING MOTION OF DISMISSAL** |

Before the Court is the parties' Stipulated Motion of Dismissal, ECF No. 25. The parties stipulate that the above-captioned action be dismissed with prejudice and without an award of costs or fees to any party.

//
//
//
//
//
//
//
//
//
//

**ORDER GRANTING MOTION OF DISMISSAL** ~ 1

Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' Stipulated Motion of Dismissal, ECF No. 25, is **GRANTED**.

2. The above-captioned case is **dismissed** with prejudice and without costs or fees to any party.

3. Any pending motions are **DISMISSED AS MOOT.**

**IT IS SO ORDERED.** The District Court Executive is hereby directed to file this Order, provide copies to counsel, and **close** the file.

**DATED** this 3rd day of October 2017.



*Stanley A. Bastian*
Stanley A. Bastian
United States District Judge

**ORDER GRANTING MOTION OF DISMISSAL** ~ 2